

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

v.

INFORMATION

**JOSEPH RODNEY BLANDFORD, JR.**

NO. 4:19-CR-21-JHM

18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 924(c)(1)(B)(i)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
26 U.S.C. § 5872

The United States Attorney charges:

### COUNT 1
(*Possession of Firearm in Furtherance of Drug Trafficking*)

On or about June 6, 2019, in the Western District of Kentucky, Hancock County, Kentucky, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, did knowingly possess a firearm, to wit,

- a weapon made from a Winchester, 12 gauge, Model 1912 shotgun, bearing serial number 209896 and having a barrel length of less than 18 inches,
- a weapon made from a High Standard, 12 gauge, Model "Riot" shotgun, bearing no serial number and having a barrel length of less than 18 inches,
- a Sun City Machinery Co., 12 gauge, Model Stevens 320 shotgun bearing serial number 183318C,
- a Diamondback Arms Inc., Model DB-15 rifle, bearing serial number DB1561758,
- a Taurus International .45/.410 caliber, Model "The Judge" revolver, bearing serial number GZ878969X,
- an Inter Ordnance, .380 caliber, Model "Hellcat" semiautomatic pistol, bearing serial number 09953,
- a Taurus International, .22 caliber, Model 94 revolver, bearing serial number DR31869,

- a Mossberg, .22 caliber rifle, bearing serial number EMA3618958,
- 2 black rifles with unknown manufacturer and no serial number,
- a Rock Island Armory, Inc., .45 caliber, Model 1911A1 semiautomatic pistol, bearing serial number RIA1725475,
- a Smith & Wesson, .40 caliber, Model M&P 40 Shield semiautomatic pistol, bearing serial number HSU0167,
- a Remington Arms Company, 12 gauge, Model 11-87 shotgun, bearing serial number PC521639,
- a Smith & Wesson, 40 caliber, Model SW40VE semiautomatic pistol, bearing serial number PBT3995,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Count 2, in violation of Title 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (B)(i).

The United States Attorney further charges:

## COUNT 2
(*Possession with Intent to Distribute Marijuana*)

On or about June 6, 2019, in the Western District of Kentucky, Hancock County, Kentucky, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, as defined in Title 21 U.S.C. §812.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The United States Attorney further charges:

## COUNT 3
(*Possession of Unregistered Firearm*)

On or about June 6, 2019, in the Western District of Kentucky, Hancock County, Kentucky, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, knowingly possessed a firearm, to

wit, a weapon made from a Winchester, 12 gauge, Model 1912 shotgun, bearing serial number 209896, and having a barrel length of less than 18 inches, and a weapon made from a High Standard, 12 gauge, Model "Riot" shotgun, bearing no serial number and having a barrel length of less than 18 inches, not registered in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

The United States Attorney further charges:

## COUNT 4
(*Possession of Unregistered Silencer*)

On or about June 6, 2019, in the Western District of Kentucky, Hancock County, Kentucky, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, knowingly possessed a firearm, to wit, a Maxflo, Model MF3D223 silencer, bearing serial number MF3D100049, and three custom built silencers, each being a silencer, as defined in Title 18, United States Code, Section 921, not registered in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

The United States Attorney further charges:

## COUNT 5
(*Possession of Unregistered Machinegun*)

On or about June 6, 2019, in the Western District of Kentucky, Hancock County, Kentucky, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, knowingly possessed a firearm, to wit, a Glock machinegun conversion kit, each meeting the definition of "machinegun" under 26 U.S.C. §5845(b), not registered in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 924(c), as alleged in Count 1 of this Information, a felony punishable by imprisonment for more than one year, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to:

- a weapon made from a Winchester, 12 gauge, Model 1912 shotgun, bearing serial number 209896 and having a barrel length of less than 18 inches,
- a weapon made from a High Standard, 12 gauge, Model "Riot" shotgun, bearing no serial number and having a barrel length of less than 18 inches,
- a Sun City Machinery Co., 12 gauge, Model Stevens 320 shotgun bearing serial number 183318C,
- a Diamondback Arms Inc., Model DB-15 rifle, bearing serial number DB1561758,
- a Taurus International .45/.410 caliber, Model "The Judge" revolver, bearing serial number GZ878969X,
- an Inter Ordnance, .380 caliber, Model "Hellcat" semiautomatic pistol, bearing serial number 09953,
- a Taurus International, .22 caliber, Model 94 revolver, bearing serial number DR31869,
- a Mossberg, .22 caliber rifle, bearing serial number EMA3618958,
- 2 black rifles with unknown manufacturer and no serial number,
- a Rock Island Armory, Inc., .45 caliber, Model 1911A1 semiautomatic pistol, bearing serial number RIA1725475,
- a Smith & Wesson, .40 caliber, Model M&P 40 Shield semiautomatic pistol, bearing serial number HSU0167,
- a Remington Arms Company, 12 gauge, Model 11-87 shotgun, bearing serial number PC521639,
- a Smith & Wesson, 40 caliber, Model SW40VE semiautomatic pistol, bearing serial number PBT3995,

As a result of committing an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as specifically charged in Count 2 of this Information, a felony punishable by imprisonment for more than one year, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained,

directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in Count 2 of this Information.

As a result of committing offenses in violation of Title 26, United States Code, Section 5861(d) as alleged in Counts 3-5 of this Information, felonies punishable by imprisonment for more than one year, **JOSEPH RODNEY BLANDFORD, JR.**, defendant herein, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, all firearms and ammunition involved in the commission of the offenses, including but not limited to, a weapon made from a Winchester, 12 gauge, Model 1912 shotgun, bearing serial number 209896 and having a barrel length of less than 18 inches; a weapon made from a High Standard, 12 gauge, Model "Riot" shotgun, bearing no serial number and having a barrel length of less than 18 inches; a Maxflo, Model MF3D223 silencer, bearing serial number MF3D100049; three custom built silencers; and 7 Glock machinegun conversion kits.

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:MTS

UNITED STATES OF AMERICA v. **JOSEPH RODNEY BLANDFORD, JR.**

## PENALTIES

Count 1: NL 10 yrs./NM life/$250,000/both/NM 5 yrs. Supervised Release (consecutive)
Count 2: NM 20 yrs./$1,000,000/both/NL 3 yrs., NM life Supervised Release
      (with prior conviction NM 30 yrs/$2,000,000/both/NL 6 yrs, NM life Supervised Release)
Counts 3-5: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor:    $ 25 per count/individual    Felony:    $100 per count/individual
                              $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.